# Liebowitz ◉ Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

July 23, 2020

Honorable Arlene Rosario Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza East
Central Islip, New York 11722

Re:   ***Adlife Marketing & Communications Company, Inc. v. Wal-mart.com USA, LLC
(2:20-cv-1711-RPK-ARL)***

Dear Judge Lindsay,

The parties have conferred and have agreed that the proposed pretrial schedule order prepared by the Court is satisfactory to all parties. The parties respectfully request that the initial conference be converted to a telephonic conference held on the same date and time.


Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff*

